BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEQUAN PATTERSON, <br> Defendant. | CR. S-12-0437 JAM, S-12-0436 KJM <br><br> ORDER GRANTING REQUEST TO ASSIGN RELATED CASE TO UNITED STATES DISTRICT COURT JUDGE JOHN A. MENDEZ |

Plaintiff United States of America filed a "Notice of Related Cases" in the above-entitled matters on February 11, 2013. The government requested that a subsequently filed petition alleging a violation of supervised release conditions (12-0436 KJM) be assigned to the same district court assigned to hear the underlying bank robbery Indictment (12-437 JAM). The government's request was made pursuant to Local Rule 123(f) on the ground that the bank robbery case assigned to United States District Judge John A. Mendez serves as the sole basis for the petition. Defendant filed a "Statement of Non-Opposition" to the government's request in both actions on February 11, 2013.

1

**IT IS HEREBY ORDERED:**

Pursuant to Rule 123(f) of the Local Rules of the United States District Court for the Eastern District of California, the government's request that case 2:12-CR-0436 KJM be reassigned to the Honorable John A. Mendez is granted.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Date: February 12, 2013    /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE